

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

## ORDER ON MOTION

Cause Number:     01-21-00276-CV

Trial Court Cause
Number:     2020V-0128

Style:     Strike, LLC

    **v** FVL, Ltd, et al

Date motion filed[*]:     December 6, 2021

Type of motion:     Motion to Expedite Mandate

Party filing motion:     Appellant and Appellees

Document to be filed:    

Is appeal accelerated? ☒ YES    ☐ NO

Ordered that motion is:

☒ Granted

      If document is to be filed, document due:

      ☐ Absent extraordinary circumstances, the Court will not grant additional motions to extend time

☐ Denied

☐ Dismissed (*e.g.*, want of jurisdiction, moot)

☐ Other: _____

      The Clerk of the Court will issue mandate concurrently with the judgment and opinion. See Tex. R. App. P. 18.1(c).

Judge's signature: /s/ Sherry Radack
      ☐ Acting individually     ☒ Acting for the Court

Panel consists of Chief Justice Radack and Justices Kelly and Landau.

Date: December 14, 2021